AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**COGENT SOLUTIONS GROUP, LLC,**

        **Plaintiff,**

**v.**

**JUDGMENT IN A CIVIL CASE**

**KAREN E. BROWN,**

        **Defendant.**

**CASE NO.  2:12-cv-665**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed November 20, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 20, 2013

JOHN P. HEHMAN, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk